**Watson WASHBURN and Central Hanover Bank and Trust Company, Executors of the Estate of Malcolm D. WHITMAN, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 198.

Circuit Court of Appeals, Second Circuit.
April 30, 1934.

Perkins, Malone & Washburn, of New York City (Watson Washburn, of New York City, of counsel), for petitioners.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Walter L. Barlow, Sp. Asst. to Atty. Gen., for respondent.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

---

**WISCO PRODUCTS, Inc., v. ALEMITE CORPORATION.**

Nos. 5250, 5251.

Circuit Court of Appeals, Seventh Circuit.
May 22, 1934.

Casanave Young, of Milwaukee, Wis., for appellant.

Albin C. Ahlberg and C. W. Ooms, both of Chicago, Ill., for appellee.

Before ALSCHULER, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered, adjudged, and decreed that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed, with costs.

---

**Myra Page WIREN, Plaintiff-Appellant, v. SHUBERT THEATRE CORPORATION, Shubert Theatrical Co., Inc., Lee Shubert, Samuel French, Incorporated, Samuel French, Ltd., J. B. Pinker & Son., Inc., Alberto Casella, Walter Ferris, Berta Cutti, Philip Merivale, United Artists Corporation, and Paramount Famous Lasky Corporation, Defendants-Appellees.**

No. 430.

Circuit Court of Appeals, Second Circuit.
May 21, 1934.

Oscar B. Wiren, of New York City, for appellant.

Austin C. Keough, of New York City (Louis Phillips and Irving Cohen, both of New York City, of counsel), for appellee Paramount Publix Corporation sued herein as Paramount Famous Lasky Corporation.

William Klein, of New York City (William Klein, Milton R. Weinberger, and Stanley S. Joseloff, all of New York City, of counsel), for appellees Shubert Theatre Corporation, Shubert Theatrical Co., Inc., Lee Shubert, J. B. Pinker & Son, Inc., and Walter Ferris.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order (5 F. Supp. 358) affirmed.